MILLER & MARTIN LLP
1200 One Nashville Place
150 Fourth Avenue North
Nashville, Tennessee 37219
Telephone: (315) 244-9270

Jennifer Robinson #148333

SAGASER, FRANSON & JONES
2445 Capitol Street, 2nd Floor
Post Office Box 1632
Fresno, California 93717-1632
Telephone: (559) 233-4800

William C. Hahesy #105743

Attorneys for: Defendant BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES

FAXED ORIGINAL

FILED
02 APR 24 P 12:15
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY ______ DEPUTY

LODGED
APR 23 2002
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

* * * * *

| | |
|---|---|
| ANTHONY JAMES JUAREZ, individually and as "Class Representative"; JESSE JIMENEZ; GERARDO ARIAS; FELIPE MARQUEZ; STEVE KING; and DAVID MORRIS,<br><br>Plaintiffs,<br><br>vs.<br><br>BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES, COCA-COLA ENTERPRISES, INC. and DOES 1-50, inclusive,<br><br>Defendants. | Case No. : CIV F-02-5414 REC SMS<br><br>**STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES TO EXTEND TIME TO RESPOND TO COMPLAINT AND ORDER THEREON** |

Plaintiffs, ANTHONY JAMES JUAREZ, individually and as "Class Representative," JESSE JIMENEZ, GERADO ARIAS, FELIPE MARQUEZ, STEVE KING, and DAVID MORRIS, hereby STIPULATE and AGREE that the time for Defendant, BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES, to respond to the Complaint shall be extended from April 24, 2002, the initial date to respond, to May 1, 2002.

{5580/004/00104971.DOC}



ORIGINAL

WAGNER & JONES

DATED: April 23 2002 By: ______________________

DANIEL M. KOPFMAN
Attorneys for Plaintiffs
ANTHONY JAMES JUAREZ, individually and as "Class Representative," JESSE JIMENEZ, GERADO ARIAS, FELIPE MARQUEZ, STEVE KING, and DAVID MORRIS

SAGASER, FRANSON & JONES

DATED: April 23 2002 By: ______________________

WILLIAM C. HAHESY
Attorneys for Defendant
BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES

* * * * *

**ORDER**

**IT IS SO ORDERED.**

DATED: April __, 2002

______________________
HONORABLE SANDRA M. SNYDER
United States Magistrate Judge

WAGNER & JONES

DATED: April ___, 2002

By: ______________________
DANIEL M. KOPFMAN
Attorneys for Plaintiffs
ANTHONY JAMES JUAREZ, individually and as "Class Representative," JESSE JIMENEZ, GERADO ARIAS, FELIPE MARQUEZ, STEVE KING, and DAVID MORRIS

SAGASER, FRANSON & JONES

DATED: April 23, 2002

By: ______________________
WILLIAM C. HAHESY
Attorneys for Defendant
BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES

* * * * *

**ORDER**

**IT IS SO ORDERED.**

DATED: April 24, 2002

______________________
HONORABLE SANDRA M. SNYDER
United States Magistrate Judge

{5580/004/00104971.DOC}

wh

United States District Court
for the
Eastern District of California
April 24, 2002

* * CERTIFICATE OF SERVICE * *

1:02-cv-05414

Juarez

v.

BCI Coca-Cola

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on April 24, 2002, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Andrew Butler Jones
Wagner and Jones
1111 East Herndon Ave
Suite 317
Fresno, CA 93720

REC SMS

William C Hahesy Jr
Sagaser Franson and Jones
PO Box 1632
2445 Capitol Street
Second Floor
Fresno, CA 93717-1632

Jack L. Wagner, Clerk

BY: [signature]
Deputy Clerk